# UNITED STATES DISTRICT COURT
for the

## Northern District of Illinois

ICE Glass Prints Florida, et al. )
*Plaintiff* )
v. ) Civil Action No. 08 C 5284
Surprize LLC, et al. )
*Defendant* )

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☒ other:
Judgment in favor of Art Crystal II Enterprises, Inc. and against Robert Fox and Fox Family LLC in the amount of $75,000, jointly and severally. An injunction is entered, separately, as against Robert Fox, Fox Family LLC, and Ice Glass Prints Florida LLC.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Edmond on a motion for default judgment.

Date: Dec. 10, 2012          Thomas G. Bruton, Clerk of Court

/S/Sandra Brooks